UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:98 CR 131 RWS ) |
| LEONARD D. TRIPLETT, | ) ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the final **competency hearing** in this matter is set for **Wednesday, May 27, 2015 at 2:00 p.m.** in Courtroom 16-South.   The defendant is required to attend.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of May, 2015.