IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:98CR131RWS |
| | ) |
| LEONARD TRIPLETT | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE**
**SUPERVISED RELEASE REVOCATION HEARING**

COMES NOW defendant Leonard Triplett, through counsel, Assistant Federal Public Defender Kevin C. Curran, and moves the Court to continue the final supervised release revocation hearing in this case which is currently set for May 27, 2015. Counsel is out of the District that week at a conference and is unavailable. Counsel returns to the office on June 1, 2015. If the Court grants this request counsel asks that the matter be continued until the week of June 1, 2015. The government is not opposed to this request.

Respectfully submitted,

/s/ Kevin C. Curran
KEVIN C. CURRAN
First Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Edward Dowd, Assistant United States Attorney.

/s/ Kevin C. Curran
KEVIN C. CURRAN
First Assistant Federal Public Defender